IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SHAWNAH M. NELSON, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:13-CV-271 (MTT) |
| CAROLYN W. COLVIN, *Commissioner of Social Security Administration*, | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Charles H. Weigle. (Doc. 18). The Magistrate Judge, having reviewed the case pursuant to 28 U.S.C. § 636 and 42 U.S.C. § 405(g), recommends remanding the Commissioner's denial of the Plaintiff's claim for Social Security disability benefits because the ALJ failed to appropriately evaluate the Plaintiff's subjective testimony and her treating physician's opinion in light of the Plaintiff's diagnosis with fibromyalgia by a rheumatologist. Neither Party filed an objection to the Recommendation.

The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is adopted and made the order of this Court. The Commissioner's decision is **REMANDED** to the Commissioner to: (1) properly assess and assign weight to Dr. Crowley's findings; (2) reassess Dr. Soundappan's December 2011 evaluation; and (3) reassess the Plaintiff's credibility.

**SO ORDERED**, this 12th day of August, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT
